IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 19-81392-CIV-SINGHAL

MASON SLAINE,

    Plaintiff,

vs.

AIG PROPERTY CASUALTY COMPANY,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, having come before the Court upon the Stipulation for Dismissal with Prejudice (DE [24]) between Plaintiff Mason Slaine and Defendant AIG Property Casualty Company, and the Court being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's claims against the Defendant, including all claims for attorney's fees, costs and interest incurred in this action, are hereby **DISMISSED WITH PREJUDICE**, pursuant to the approved, adopted and ratified Stipulation. The Court expressly retains jurisdiction solely for the purpose of enforcing the settlement agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of March 2020.

                                                             RAAG SINGHAL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF